# EXHIBIT 2

Page 187

1    A    We weren't able to determine that because
2  we were not given the data to do any type of audit of
3  the actual claims.
4    Q    But you've done that audit in the course
5  of this litigation, haven't you?
6    A    I believe it's still in process.
7    Q    When did it start?
8    A    It started when we received initial claims
9  data in discovery.  I think it was the beginning of
10 August or so or late July.
11   Q    And what's the expected conclusion date of
12 the audit?
13   A    The expected conclusion date was mid
14 August.  My understanding is that the auditors have
15 requested some additional information to complete the
16 audit, something involving, you know, coding or
17 whatever; and that had been requested of KBA based on
18 my preliminary --
19        You know, they have not completed the
20 audit or issued any formal report.  The preliminary
21 discussions with Assurance who has coordinated and
22 engaged the auditor that there are overbillings.
23   Q    And have those overbillings been
24 quantified at least on a preliminary basis?



Page 188

```
 1       A    You know, not to the penny.  Based on my
 2   discussions, they said it could be up to a half a
 3   million dollars.
 4       Q    Who is the auditor?
 5       A    I think it's BMI.  I think BMI is the
 6   firm's name.
 7       Q    And is it Assurance that identified and
 8   engaged BMI to do this audit?
 9       A    Yeah.  They found the auditor, and all
10   three of us engaged the auditor --
11       Q    Okay.
12       A    -- or both of us.
13       Q    So is it your testimony that the results
14   of the audit will not be complete until this
15   additional data is made available to the auditors?
16       A    Yes.  That's my understanding.
17       Q    How much of the claims that are being
18   audited can't be fully audited until this additional
19   information is made available to the auditors?
20       A    I'm not aware of those details and how
21   many claims.  I just know the scope is they were
22   looking at claims above $2,500.
23       Q    And is it your expectation, Mr. Hippel,
24   that whenever that audit is complete, that SLC will
```



```
                                                      Page 189
 1    share the results of that audit with KBA?
 2         A    Yes.
 3         Q    Who at SLC is the primary contact for this
 4    audit?
 5         A    It would be me.
 6         Q    So do you know how much additional funding
 7    SLC made for the run-out claims?
 8         A    Yeah.  It was around a million six, a
 9    million seven.
10         Q    Was SLC going to make those payments
11    unless the Department of Labor ordered it to?
12         MR. SCHWARTZ-FENWICK:  Objection:  Form.
13         A    Yeah.  We would make the payments if we
14    determined that they were adjudicated in accordance
15    with the plan.
16         MR. WOLFLA:  Q  So when you paid KBA in 2016 for
17    The run-out claims, had you determined that they were
18    paid -- I'm sorry, that they had been adjudicated in
19    accordance with the plan?
20         A    No.
21         Q    Why did you pay them then?
22         A    Because the DOL instructed us to.
23         Q    And the DOL told you that you were
24    violating a ERISA by not paying those claims; right?
```

